UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO and Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds,<br><br>          Petitioners,<br><br>-vs-<br><br>Seamless Wall Finishing Inc.,<br><br>          Respondent. | 22-cv-6079 (JSR)<br><br>ORDER AND JUDGMENT |

JED S. RAKOFF, U.S.D.J.

      This action having been commenced on July 18, 2022 by the filing of the Summons and Petition, and a copy of the Summons and Petition having been served on the Respondent, Seamless Wall Finishing Inc. on July 20, 2022 via personal service and said Proof of Service having been filed with the Clerk of the Court on July 25, 2022 and the Respondent not having appeared, answered or otherwise moved with respect to the Petition within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

      **ORDERED, ADJUDGED AND DECREED** that the Petitioners have judgment against Respondent in the liquidated amount of Eight Thousand, Eight Hundred Thirty-One Dollars and Eighty-Seven Cents ($8,831.87), which includes the following: Decision of the Joint Trade Board amount due and owing in the sum of $5,062.87, attorney's fees in the sum of $3,000.00 and court costs and disbursements in the sum of $769.00.

**ORDERED**, that the Judgment rendered by the Court on this day in favor of the Petitioners be entered as a final judgment against the Respondent and the Clerk of the Court is directed to enter such judgment forthwith.

SO ORDERED.

Dated: New York, NY
September 28, 2021

_____
JED S. RAKOFF, U.S.D.J.